THOMAS O. SHECKELL and WILLIAM WALKER ORR, Assignees for the Benefit of Creditors of JEROME DRESS, INC., v. AARON TURKEWICH and HARRY ARONOFF, Individually, etc. THOMAS O. SHECKELL and WILLIAM WALKER ORR, Assignees for the Benefit of Creditors of JEROME DRESS, INC., v. AARON TURKEWICH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LILLIAN W. LOWENSTEIN v. UNION INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

AARON S. SHAPIRO v. HILLDALE ESTATES, INC.— Motion for leave to appeal to the Court of Appeals and for extension of time to answer pending such appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

SAM KLEIN, as Administrator, etc., of SYLVIA KLEIN, Deceased, and Others, v, THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of BEN KAPLAN, Deceased. In the Matter of the Judicial Settlement of the Account of C. ARTHUR ARNSTEIN and SADYE J. KRAMER, Executors, etc. EMMA KAPLAN, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Sherman and Townley, JJ.

ELMER E. BEECK and Another, as Trustees, etc., v. H. T. GALPIN REALTY CORPORATION and Others. SELMA R. GALPIN, as Agent for H. T. GALPIN REALTY CORPORATION. PHILSIM REALTY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of THOMAS A. MERCHANT, v. BENJAMIN GREENBERG.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.